IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-CR-00033-RJC-DCK

| | |
|---|---|
| USA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| MIGUEL ANGEL GONZALEZ PEREZ | ) |
| | ) |

**THIS MATTER** is before the Court upon motions of the defendant pro se for a reduction of sentence based on Amendment 821 to the United States Sentencing Guidelines relating to certain zero-point offenders, (Doc. No. 27), and to enter a decision, (Doc. No. 29).

Part B, Subpart 1 of the Amendment is retroactive and created a two-level decrease if a defendant meets all the criteria in USSG §4C1.1(a). USSG §1B1.10(d), comment. (n.7). Although the defendant insists otherwise, he received criminal history points under USSG Chapter 4, Part A. (Doc. No. 23: Presentence Report ¶¶32, 33). Accordingly, he is not eligible for relief. USSG § 4C1.1(a)(1).

**IT IS, THEREFORE, ORDERED** that the defendant's motion for a sentence reduction, (Doc. No. 27), is **DENIED** and his motion to enter a decision, (Doc. No. 29), is **MOOT**.

Signed: January 6, 2025

Robert J. Conrad, Jr.
United States District Judge